THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:15-cv-00029-MR-DLH

| | |
|---|---|
| RAYMOND V. BOWERS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| NORTHERN TWO CAYES COMPANY ) | |
| LIMITED and LIGHTHOUSE REEF ) | |
| RESORT LIMITED, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Request for Email Notifications of Any Pleadings or Papers Filed Electronically [Doc. 3].

The Plaintiff requests permission to receive notification by email of any pleadings or papers filed electronically with the Court. In the exercise of its discretion, the Court will grant the Plaintiff's request. See Administrative Procedures Governing Filing and Service by Electronic Means, at 3 (W.D.N.C., rev. Jan. 1, 2012).

**IT IS, THEREFORE, ORDERED** the Plaintiff's Request for Email Notifications of Any Pleadings or Papers Filed Electronically [Doc. 3] is

**GRANTED**, and the Plaintiff shall receive notice via email whenever a pleading or other paper is filed electronically in this matter.

**IT IS SO ORDERED.**

Martin Reidinger
United States District Judge