# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00029-MR-DLH

| | |
|---|---|
| **RAYMOND V. BOWERS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **NORTHERN TWO CAYES** ) | |
| **COMPANY LIMITED and** ) | |
| **LIGHTHOUSE REEF RESORT** ) | |
| **LTD.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's "Motion to Compel the Parties to Arbitrate Disputes and for the Court to Stay the Current Proceedings and to Appoint the Arbitrator" [Doc. 9].

The Plaintiff, who is proceeding *pro se*, moves the Court to enter an order compelling the parties to engage in binding arbitration. [Doc. 9]. A review of the docket indicates that the Defendants have not yet made an appearance in this action. Accordingly, the Plaintiff's motion to compel arbitration is premature and will be denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Plaintiff's "Motion to Compel the Parties to Arbitrate Disputes and for the Court to Stay the Current

Proceedings and to Appoint the Arbitrator" [Doc. 9] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**   Signed: April 8, 2015

Martin Reidinger
United States District Judge