# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:15-cv-00029-MR-DLH

| | |
|---|---|
| **RAYMOND V. BOWERS,** ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> **NORTHERN TWO CAYES** ) <br> **COMPANY LIMITED and** ) <br> **LIGHTHOUSE REEF RESORT** ) <br> **LTD.,** ) <br> ) <br> Defendants. ) <br> _____ ) | **JUDGMENT** |

**FOR THE REASONS** stated in the Order entered simultaneously herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the arbitration award, as supplemented, and as attached hereto, is hereby **CONFIRMED**. In accordance with the confirmation of the final arbitration award, the Plaintiff Raymond V. Bowers shall have and recover against the Defendants Northern Two Cayes Company Limited and Lighthouse Reef Resort Limited an award of $125,000, representing 4% of the $3,125,000 heretofore paid by Puerto Azul Belize, Ltd. ("PABL") to the Defendants as a deposit, binder, security for option or other funds intended by those parties

to be a portion of the total consideration paid for the sale of the two islands, and which funds have been retained by the Defendants notwithstanding failure of the transaction to close.  In addition to the foregoing relief, the Plaintiff shall have and recover against the Defendants the sum of $80,346.00 as reimbursement of costs and expenses including attorneys' and legal fees, pursuant to the provisions of paragraph 26 of the Listing Contract, for a total award of $205,346.

Signed: November 14, 2017

Martin Reidinger
United States District Judge